UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                v.

GAMBINO, ET AL.,
                    Defendant(s)

-------------------------------------------------------X

NOTICE OF CHANGE OF ADDRESS

88-CR-00919 (PKL)

      GERALD L. SHARGEL an attorney duly admitted to practice law in this Court, respectfully notifies the Court of the following change of address:

_G. Shargell_
Gerald L. Shargel
1790 Broadway, Ste. 1501
New York, NY 10019
gshargel@shargellaw.com
(212) 446-2323
(212) 446-2330 (fax)